■ ROBERT J. BENDER et al., Respondents, v MADISON SQUARE GARDEN CORPORATION et al., Appellants, et al., Defendant. [669 NYS2d 211] —Appeal from order, Supreme Court, New York County (Diane Lebedeff, J.), entered January 15, 1997, which deemed defendants-appellants' motion for summary judgment to be one for reargument, and, so considered, denied the motion as untimely, unanimously dismissed, without costs, as taken from a nonappealable order.

The IAS Court properly deemed defendants' second motion for summary judgment as one for reargument, and accordingly we dismiss the appeal from the order denying it (*see, Avildsen v Prystay,* 243 AD2d 352). Concur—Milonas, J. P., Williams, Mazzarelli and Andrias, JJ.